IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **VICTORIA WILLIS,**<br><br>                              **Plaintiff,**<br>   vs.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY *et al*.,**<br><br>         **Defendants.** | **Case No. 8:24-CV-00914-AAQ** |

## JOINT PROPOSED SCHEDULE

In accordance with the Court's Paperless Order of June 5, 2024 (ECF No. 12), the parties have conferred and propose the following schedule:

**Commencement of Discovery**: The first business day after the court accepts the parties' proposed scheduling order.

**Rule 26(a)(1) Initial Disclosures**: The parties shall make their respective Rule 26(a)(1) disclosures within 31 days after the Court approves and enters the scheduling order.

**Proponent's Rule 26(a)(2) Disclosures**: Proponent's Rule 26(a)(2) disclosures must be made within 60 days after the Court approves and enters the scheduling order.

**Opponents Rule 26(a)(2) Disclosures**:   Opponent's Rule 26(a)(2) disclosures must be made within 60 days after the Proponent's Rule 26(a)(2) disclosures are made.

**Deadline to Amend Pleadings/Join Additional Parties**: Amendment to pleadings and/or joinder of additional parties shall be made no later than 21 days after the Scheduling Order has been entered.

**Discovery Cutoff:**  Discovery shall close 6 months after the Court approves and enters the scheduling order.

**Dispositive Motions:** Dispositive motions shall be due 30 days following the close of discovery.

**Pretrial Conference:** To be determined by the Court after the Court's ruling on any dispositive motions.

**Trial:** To be determined by the Court.

DATE: June 6, 2024

                                             Respectfully submitted,

VICTORIA WILLIS
By Counsel

By:   /s/ Zeke J. Roeser
       Zeke J. Roeser
       3000 Connecticut Ave. NW, Ste. 140
       Washington, DC 20008
       (202) 660-4070
       (888) 673-1802 (fax)
       zeke@zjrlawfirm.com

DUC MINH CHAU
By counsel

By:   /s/ Melissa A. Proctor
       Melissa A. Proctor #21823
       Progressive House Counsel
       841 Cromwell Park Dr., Suite 200
       Glen Burnie, MD 21061
       (410) 412-9204
       (866) 263-3270 (fax)
       Melissa_A_Proctor@progressive.com

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By counsel

By:   /s/ Donna L. Gaffney
       Donna L. Gaffney # 16299
       WMATA Legal Department 7E
       P.O. Box 23768
       Washington, D.C. 20026-3768
       (202) 962-2721
       (202) 962-2550 (fax)
       dlgaffney@wmata.com

**CERTIFICATE OF SERVICE**

      I certify that on June 6, 2024, a true and accurate copy of the foregoing was served on the undersigned counsel of record via the Court's ECF system:

      Zeke J. Roeser
      Roeser Law Firm, PLLC
      3000 Connecticut Avenue NW, Suite 140
      Washington, DC 20008

      Melissa A. Proctor
      Progressive House Counsel
      841 Cromwell Park Drive, Suite 200
      Glen Burnie, MD 21061

      /s/ Donna L. Gaffney
      Donna L. Gaffney #16299